```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CARLTON KNOWLES,                                23-cv-9501 (JGK)

              Plaintiff,                ORDER

    - against -

MIIR HOLDINGS, LLC,

              Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by March 11, 2024.

SO ORDERED.

Dated:   New York, New York
          February 20, 2024

                                             John G. Koeltl
                                   United States District Judge