```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
CARLTON KNOWLES,                                    23-cv-9501 (JGK)

              Plaintiff,              ORDER

    - against -

MIIR HOLDINGS, LLC,

              Defendant.
---

JOHN G. KOELTL, District Judge:

The Clerk is directed to strike ECF No. 17.

SO ORDERED.

Dated:   New York, New York
        February 22, 2024

                                                  John G. Koeltl
                                      United States District Judge